■ GENEVIEVE TOBIAS, Respondent, v. ELLIOT TOBIAS, Appellant.— Order, entered August 6, 1969, granting plaintiff wife's motion for temporary alimony and counsel fee in an action for divorce and directing defendant husband to pay $65 per week for the support and maintenance of plaintiff and the infant children plus mortgage charges and gas, electric and telephone bills of the marital abode, unanimously modified, on the law, by deleting the provisions of the order directing that defendant pay "all mortgage, gas, electric and telephone bills that have fallen into arrearages prior to the institution of this action," and as so modified is affirmed, with $30 costs and disbursements to the plaintiff. The plaintiff may not recover living expenses incurred prior to the institution of the action, the award of temporary alimony contemplating maintenance between the time of the application therefor and the trial of the action. (Lewis v. Lewis, 22 A D 2d 860.) Concur — Eager, J. P., Tilzer, McGivern, McNally and Steuer, JJ.

■ In the Matter of the Estate of HARRY SCHULMAN, Deceased. MAE SHULMAN, Appellant; ALBERT SHULMAN et al., Respondents.— Decree entered April 14, 1969, reversed, on the law and the facts, with costs to abide the event. The Surrogate's finding in this discovery proceeding (SCPA 2103) that petitioner failed to establish that she is entitled to any property in respondent's possession, is against the weight of the credible evidence. In our view petitioner's proof was sufficient to raise an issue of title to the money and other personal property described in the petition. Respondent is, therefore, directed to serve and file an answer (see SCPA 2104). In the interests of the administration of justice the issue thus raised is to be tried in the Supreme Court, Bronx County (N. Y. Const., art. VI, § 19, subd. a) where there is said to be (respondent's answer) another action pending between the same parties seeking the same relief. If possible, both matters should be either consolidated or jointly tried. Settle order on notice. Concur — Stevens, P. J., Eager, Capozzoli, Markewich and Nunez, JJ.

■ In the Matter of KNICKERBOCKER INSURANCE COMPANY. EARL ATKINS. — Motion granted to the extent of amending the remittitur to recite the following: "Upon the appeal herein there were presented, and necessarily passed upon, questions under the Constitution of the United States, viz.: Appellant contended that its rights under Article I, Section 10, cl. 1, and the Fourteenth Amendment of the United States Constitution were violated. The Appellate Division held that there was no violation of appellant's rights." In all other respects the motion is denied. Concur — Eager, J. P., Capozzoli, Tilzer, Markewich and Steuer, JJ.

■ In the Matter of STANLEY STURMAN, an Attorney.— Motion for reinstatement granted. Concur — Stevens, P. J., Tilzer, McGivern, McNally and Steuer, JJ.